IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

WINDY CLIMER

CR NO. 1:05-10003-01-T

### ORDER TO SURRENDER

Defendant, Windy Climer, #19345-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at his own expense, is hereby ordered to surrender herself to the Bureau of Prisons by reporting to: FMC Lexington SCP, 3301 Leestown Road, Lexington, KY 40511 (Telephone #859-255-6812) no later than 12:00 Noon on Tuesday, May 31, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 12 May 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

_____                          _____
Date                                            Defendant Signature

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CR-10003 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT